Joshua L. Benson, Esq.
Nevada Bar No. 10514
BENSON ALLRED
333 N. Rancho Drive, Suite 420
Las Vegas, Nevada 89106
Telephone: (702) 820-0000
Facsimile: (702) 820-1111
josh@bensonallred.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM RANDAL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., a Delaware corporation; DOES I-V; and ROE CORPORATIONS I-V, inclusive,<br><br>Defendants. | CASE NO.: 2:25-cv-00821<br><br>**SUBSTITUTION OF ATTORNEY** |

Plaintiff, WILLIAM RANDAL, hereby substitutes Joshua L. Benson, Esq., of the law firm of BENSON ALLRED INJURY LAW, 333 N. Rancho Drive, Suite 420, Las Vegas, NV 89106, as attorney of record in place and stead of Joseph F. Schmitt, Esq., of LERNER & ROWE INJURY ATTORNEYS.

DATED: 5-12-25

_____
William Randal, Plaintiff

I consent to the above substitution.

DATED: 5-13-25

_____
Joseph F. Schmitt, Esq., Lerner & Rowe Injury Attorneys

1

Case No.: 2:25-cv-00821

I, am duly admitted to practice in this District. Above substitution accepted.

DATED: 5/12/25

Joshua L. Benson, Esq. BENSON ALLRED INJURY LAW

Please check one:   __X__ RETAINED, or  _____ APPOINTED BY THE COURT

**IT IS SO ORDERED:**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

Dated: 5/14/2025

2